**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
Hon. Lynn Adelman, presiding

## COURT MINUTES

| | |
|---|---|
| Date: 10/10/2024 | Dep. Clerk: AH |
| Case No. 24-CR-65 | Ct. Rep: Jen |
| United States v. Gregory Owens | Time Called: 10:29 a.m. |
| Proceeding: Sentencing | Time Concl: 11:05 a.m. |

United States by: Attorney Julie Stewart and Michael Carter
Probation Officer: Daniel Dragolovich
Defendant: Gregory Owens, in person, and by Attorney Joshua Uller

---

Courts adopts PSR:
    offense level 19
    criminal history category I
    30 to 37 months imprisonment
    1 to 3 years supervised release
    $10,000 to $100,000 fine
    $100 special assessment

Arguments heard as to sentencing.

Court imposes 3 years probation, with conditions 1-15.
Court modifies Condition 1 to require reporting within 72 hours of placement on probation.
Court finds a low risk of substance abuse and waives drug testing condition.
Fine waived.
Restitution: $411,738.65 joint and several to victim at the address indicated in Paragraph 97 of the PSR. Defendant shall make payments of not less than $100 per month, conditioned on ability to pay.
Interest is waived based on inability to pay.
$100 special assessment, due immediately.
Court advises defendant of right to appeal.